

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2019

No. 04-18-00979-CR

**EX PARTE JOSE JAIME DE HOYOS,**
Appellant

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 3684
David R. Saucedo, Judge Presiding

## O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Patricia O. Alvarez, Justice
     Irene Rios, Justice

   The appellant, the State of Texas, is represented by both the county attorney and the district attorney. The county attorney has filed a motion for voluntary dismissal of this appeal. *See* TEX. R. APP. P. 42.2(a). The district attorney has filed a response opposing the motion for voluntary dismissal. The motion for voluntary dismissal of this appeal is DENIED.

   It is so **ORDERED** on June 4, 2019.

                 **PER CURIAM**

ATTESTED TO: _____
       Keith E. Hottle
       Clerk of Court